| | |
|---|---|
| 1  JOSEPH C. LIBURT (STATE BAR NO. 155507) | |
|    jliburt@orrick.com | |
| 2  ORRICK, HERRINGTON & SUTCLIFFE LLP | **JS-6** |
|    1000 Marsh Road | |
| 3  Menlo Park, California 94025 | |
|    Telephone:  (650) 614-7400 | |
| 4  Facsimile:   (650) 614-7401 | |

1 JOSEPH C. LIBURT (STATE BAR NO. 155507)
  jliburt@orrick.com
2 ORRICK, HERRINGTON & SUTCLIFFE LLP
  1000 Marsh Road
3 Menlo Park, California 94025
  Telephone:  (650) 614-7400
4 Facsimile:   (650) 614-7401

5 KATIE E. BRISCOE (STATE BAR NO. 287629)
  kbriscoe@orrick.com
6 ORRICK, HERRINGTON & SUTCLIFFE LLP
  400 Capitol Mall, Suite 3000
7 Sacramento, CA 95814-4497
  Telephone:  (916) 447 9200
8 Facsimile:   (916) 329 4900

9 ANNIE H. CHEN (STATE BAR NO. 292032)
  annie.chen@orrick.com
10 LYUBOV LERNER (STATE BAR NO. 311762)
   llerner@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
12 Los Angeles, CA 90017
   Telephone:  (213) 612-2438
13 Facsimile:   (213) 612-2499

14 Attorneys for Defendant
   US FOODS, INC.
15

**JS-6** (displayed in right margin near top)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MAGANA, individually and on behalf of all individuals similarly situated, | Case No. 2:21-cv-8726-DOC-KESx |
| Plaintiff, | **ORDER GRANTING STIPULATION TO REMAND [24]** |
| v. | Judge:   Hon. David O. Carter |
| US FOODS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS US FOODSERVICE, INC., a Delaware corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

4133-4208-5940

ORDER GRANTING REMAND
CASE NO. 2:21-CV-8726-DOC-KES

1    The Court, having considered the Stipulation of the Parties to Remand the
2    matter to the Superior Court of California, County of Orange,
3    IT IS HEREBY ORDERED that:
4    1.   The matter will be remanded to the Superior Court of California,
5    County of Orange;
6    2.   Each Party will bear their own attorneys' fees and costs in relation to
7    the removal and remand;
8    3.   The hearing scheduled for January 27, 2022 is taken off calendar.
9    **IT IS SO ORDERED**.

12   Dated: January 26, 2022

*David O. Carter*
HON. DAVID O. CARTER
U.S. DISTRICT COURT JUDGE